■ BALSAN PRODUCTIONS, INC., Appellant, v. FLAMINGO FILMS, INC., Respondent.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ In the Matter of LONDON SPORTING CLUB, INC., et al., Appellants, against JULIUS HELFAND et al., Constituting the State Athletic Commission, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ. [3 Misc 2d 431.]

■ In the Matter of the Accounting of ELIZABETH A. SCHILLER, as Administratrix of the Estate of SARA C. STILLWELL, Deceased, Appellant. RICHARD S. STILLWELL, Individually and as Administrator D.B.N. of SARA C. STILLWELL, Deceased, Respondent.— Decree so far as appealed from unanimously affirmed, with costs to all parties appearing and filing briefs, payable out of the estate. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ. [9 Misc 2d 728.]

■ JAMES TAYLOR, Plaintiff, v. SAMUEL SUMERS, INC., et al., Respondents. SAMUEL SUMERS, INC., Third-Party Plaintiff-Respondent, v. U. S. BRICK MASONRY CORP. et al., Third-Party Defendants-Respondents; CRANE & CLARK LUMBER CORP., Third-Party Defendant-Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ In the Matter of the Estate of ILEANE SHAPIRO, Deceased. BELLE SIROTAE, Respondent; BERT L. SHEPARD, as Administrator of the Estate of ILEANE SHAPIRO, Deceased, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent, payable out of the estate. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ GUSSIE SIMON, Appellant, v. EMPIRE MUTUAL INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Breitel, Valente, McNally and Stevens, JJ.